# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 2:14-cv-14806-MFL-EAS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-19, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED: June 9, 2015                    Respectfully submitted,


                                      By:  s/Paul J. Nicoletti
                                           Paul Nicoletti  (P-44419)
                                           NICOLETTI LAW, PLC
                                           33717 Woodward Avenue, Ste. #433
                                           Birmingham, MI 48009
                                           Landline: (248) 203-7800
                                           eFax: (248) 928-7051
                                           Email:  pauljnicoletti@gmail.com
                                           http://www.nicolettilawplc.com

                                           ATTORNEY FOR PLAINTIFF
                                           DALLAS BUYERS CLUB, LLC